## CERTIFICATE OF SERVICE

       I hereby certify that on May 27, 2014, the foregoing Opening Memorandum of Law on the Subject of Class Structure was filed and served via the Southern District's ECF system and electronic mail.

Dated:  New York, New York
       May 27, 2014

                                            Respectfully,

                                            */s/ Fred Isquith*
                                            Fred Isquith
                                            **Lovell Stewart Halebian Jacobson LLP**
                                            61 Broadway, Suite 501
                                            New York, New York 10006
                                            T: (212) 608-1900
                                            F: (212) 719-4775