USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
IN RE:                                                       :
                                                             :        14-MD-2548 (VEC)
COMMODITY EXCHANGE, INC., GOLD                               :        14-MC-2548 (VEC)
FUTURES AND OPTIONS TRADING                                  :
LITIGATION                                                   :
                                                             :
*This Document Relates to All Actions*                       :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 14, 2020, Plaintiffs filed a motion for the issuance of Letters Rogatory as to six individuals currently residing in the United Kingdom, Dkt. 448;

IT IS HEREBY ORDERED that should any Defendants wish to respond, they must do so by no later than **Friday, October 30, 2020**.

**SO ORDERED.**

Date:  October 16, 2020
       New York, NY                          _____
                                             **VALERIE CAPRONI**
                                             **United States District Judge**