```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
IN RE:                                                       :
                                                             :     14-MD-2548 (VEC)
COMMODITY EXCHANGE, INC., GOLD                               :     14-MC-2548 (VEC)
FUTURES AND OPTIONS TRADING                                  :
LITIGATION                                                   :     **ORDER**
                                                             :
*This Document Relates to All Actions*                       :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 26, 2020, the parties called Chambers with a discovery dispute pursuant to Individual Practice Rule 3B;

IT IS HEREBY ORDERED that a telephone conference is scheduled for **Wednesday, October 28, 2020, at 3:30 P.M.**  All parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 2548. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak.

**SO ORDERED.**

Date:  October 26, 2020                          _____
       New York, NY                              **VALERIE CAPRONI**
                                                 **United States District Judge**