USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
IN RE:                                              :
                                                    :      14-MD-2548 (VEC)
COMMODITY EXCHANGE, INC., GOLD      :      14-MC-2548 (VEC)
FUTURES AND OPTIONS TRADING       :
LITIGATION                                      :      **ORDER**
                                                    :
*This Document Relates to All Actions*      :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 28, 2020, the parties appeared for a telephone conference;

IT IS HEREBY ORDERED that for reasons stated at the conference, the February 2014 draft report titled *Are Gold Prices Being Fixed?* by Rosa M. Abrantes-Metz and Albert D. Metz and memoranda produced by Plaintiffs' experts or consultants and sent to counsel are covered by this Court's Order on Defendants' Motion to Compel Production. *See* Dkt. 377. Plaintiffs must promptly produce such documents to Defendants.

IT IS FURTHER ORDERED that for reasons stated at the conference, the parties must meet and confer to determine what, if any, underlying datasets, computer programs, code, or other materials Defendants are missing that is preventing them from replicating the charts and data analyses in the Third Amended Complaint, Dkt. 266. Plaintiffs must promptly produce all such materials to Defendants.

**SO ORDERED.**

Date: **October 29, 2020**
      **New York, NY**

                                                          _____
                                                          **VALERIE CAPRONI**
                                                          **United States District Judge**