USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
IN RE:                                                       :
                                                             :     14-MD-2548 (VEC)
COMMODITY EXCHANGE, INC., GOLD          :     14-MC-2548 (VEC)
FUTURES AND OPTIONS TRADING              :
LITIGATION                                                :     **ORDER**
                                                             :
*This Document Relates to All Actions*            :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 9, 2016, the Court preliminarily approved a settlement with Deutsche Bank, Dkt. 187;

WHEREAS on December 7, 2020, Plaintiffs filed a motion for preliminary approval of a settlement with HSBC Bank, Dkts. 484–487;

WHEREAS on December 7, 2020, Plaintiffs filed a motion for an order providing for notice to the settlement class and preliminarily approving the plan of allocation with respect to the Deutsche Bank and HSBC settlements, Dkts. 488–491; and

WHEREAS on January 14, 2021, the parties appeared for a telephone status conference to discuss the settlement;

IT IS HEREBY ORDERED that Plaintiffs and settling Defendants must file a joint letter addressing the issues raised at the conference and redlined versions of the revised settlement documents by no later than **Friday, February 5, 2021**.  Revised submissions should populate a Fairness Hearing date and time of **Thursday, October 7, 2021, at 11:00 A.M.** and all interim dates as appropriate.

**SO ORDERED.**

**Date: January 14, 2021**
    **New York, NY**                                                        _____
                                                                                    **VALERIE CAPRONI**
                                                                                    **United States District Judge**