USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/18/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
IN RE: :
:  14-MD-2548 (VEC)
COMMODITY EXCHANGE, INC., GOLD : 14-MC-2548 (VEC)
FUTURES AND OPTIONS TRADING :
LITIGATION :
:
*This Document Relates to All Actions* :
---------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference in this matter is currently scheduled for Friday, July 16, 2021 at 2:00 P.M., Dkt. 549;

IT IS HEREBY ORDERED that due to a conflict in the Court's calendar, the conference is adjourned to **Friday, July 23, 2021 at 2:00 P.M.** The Court reminds the parties that the conference will be held by virtual means, to be arranged by the parties. *See* Endorsement, Dkt. 543. The parties' pre-conference submission deadline is adjourned to **Friday, July 16, 2021**. For the requirements of the submission, the parties should consult the third amended fact discovery schedule at docket entry 445. The pre-conference submission must include the virtual conference access information for the Court and for any interested members of the public. The Court reminds the parties that recording or rebroadcasting any proceeding is strictly prohibited by law.

**SO ORDERED.**

Date:  **June 18, 2021**
      **New York, NY**　　　　　　　　　　　　_____
                                                       **VALERIE CAPRONI**
                                                    **United States District Judge**