USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
IN RE:

COMMODITY EXCHANGE, INC., GOLD
FUTURES AND OPTIONS TRADING
LITIGATION

*This Document Relates to All Actions*
------------------------------------------------------------- X

14-MD-2548 (VEC)
14-MC-2548 (VEC)

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference in this matter is currently scheduled for Friday, July 23, 2021 at 2:00 P.M., Dkt. 558;

WHEREAS the Court accepted the parties' offer to arrange the virtual platform by which to hold the conference, Dkt. 543; and

WHEREAS on July 16, 2021, the parties provided the Court with conference access information, Dkt. 570;

IT IS HEREBY ORDERED that the parties must access the conference using the link provided by the parties in their joint letter.  *See* Joint Letter, Dkt. 570 at 5.  Any interested members of the public may listen to the proceeding remotely by dialing 1-669-219-2599, using the password 9248120834#.  Recording or rebroadcasting the proceeding is strictly prohibited by law.

**SO ORDERED.**

Date:  **July 19, 2021**
       **New York, NY**

_____
**VALERIE CAPRONI
United States District Judge**