USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/26/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

IN RE:                                              :

                                                       :           14-MD-2548 (VEC)

COMMODITY EXCHANGE, INC., GOLD       :           14-MC-2548 (VEC)

FUTURES AND OPTIONS TRADING           :

LITIGATION                                    :                  **ORDER**

                                                         : 

*This Document Relates to All Actions*          :

------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

        WHEREAS a hearing to consider the fairness, reasonableness, and adequacy of the Third Settlement Agreement (the "Fairness Hearing") is scheduled for **Friday, August 5, 2022, at 10:00 A.M.**;

        IT IS HEREBY ORDERED that Plaintiff and Defendants may only have four counsel sitting at their respective counsel tables in the well of the courtroom. With respect to the Defendants, one representative from Barclays, Bank of Nova Scotia, Société Générale, and the LGMF may sit at the Defense counsel table. Counsel for the objectors will sit in the jury box. Additional counsel, client representatives, class members, and interested members of the public may sit in the courtroom gallery.

**SO ORDERED.**

**Date: July 26, 2022**
          **New York, NY**                                       _____
                                                                  **VALERIE CAPRONI**
                                                                **United States District Judge**