USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __08/08/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

COMMODITY EXCHANGE, INC., GOLD FUTURES AND OPTIONS TRADING LITIGATION

*This Document Relates To: All Actions*

Case No.   14-MD-2548 (VEC)
                14-MC-2548 (VEC)

Hon. Valerie E. Caproni

# ~~[PROPOSED]~~ ORDER APPROVING REVISED PLAN OF ALLOCATION FOR THE ORIGINAL SETTLEMENTS

This matter having come before the Court on Plaintiffs' motion for approval of the Revised Plan of Allocation of the proceeds of the Settlements with Deutsche Bank and HSBC in the above-captioned action; the Court having previously finally approved those settlements and having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This Order incorporates by reference the definitions and terms of the Original Settlements (ECF Nos. 174-1, 487-1), and all capitalized terms used, but not defined herein, shall have the same meanings as set forth in the Original Settlements.

2. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all persons who are members of the Settlement Class who could be identified with reasonable effort, advising them of the Revised Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to all persons and entities who are members of the Settlement Class to be heard with respect to the Revised Plan of Allocation.  No objection to the Plan of Allocation with respect to the Original Settlements was received.

3. This Court thus finds and concludes that the Revised Plan of Allocation, as set forth in the revised Notice, is, in all respects, fair and reasonable, and the Court approves the Revised Plan of Allocation.  The Court's consideration and approval of the Plan of Allocation is independent of the Court's consideration and approval of any settlement, the Plan of Allocation for the Third Settlement Agreement, the fee awards, the expense awards, and the incentive awards.

- 2 -

IT IS SO ORDERED.

DATED:   08/08/2022

_____
HON. VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE