USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/02/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
IN RE: :
 :          14-MD-2548 (VEC)
COMMODITY EXCHANGE, INC., GOLD : 14-MC-2548 (VEC)
FUTURES AND OPTIONS TRADING :
LITIGATION :
 :
*This Document Relates to All Actions* :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 8, 2022, the Court approved the plans of allocation for the settlement agreements in this matter and entered final judgment, Dkts. 665, 669, 670; and

WHEREAS as of February 2, 2023, Plaintiffs has not set a date for distribution of the settlement funds, *see Frequently Asked Questions*, Commodity Exchange — Gold Futures and Options Trading Litigation, https://www.goldfixsettlement.com/home/faqs/#q8 (last visited Feb. 2, 2023).

IT IS HEREBY ORDERED that Plaintiffs must submit a status update on the distribution of settlement funds by no later than **February 8, 2023**.

**SO ORDERED.**

Date: **February 2, 2023**
    **New York, New York**

_____
    **VALERIE CAPRONI**
    **United States District Judge**