USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/18/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>COMMODITY EXCHANGE, INC., GOLD FUTURES AND OPTIONS TRADING LITIGATION<br><br>*This Document Relates To All Actions* | Case No.   14-MD-2548 (VEC)<br>                    14-MC-2548 (VEC)<br><br>Hon. Valerie E. Caproni |

# [PROPOSED] ORDER AUTHORIZING DISTRIBUTION OF THE SETTLEMENT FUND

1

The matter having come before the Court on Plaintiffs' motion for an Order authorizing the distribution of the net settlement fund; and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This Order incorporates by reference the definitions and terms of the Original Settlements (ECF Nos. 174-1, 487-1) and the Third Settlement Agreement (ECF No. 607-1) (collectively, the "Settlements"), and all capitalized terms used, but not defined herein, shall have the same meanings as set forth in the Settlements.

2. The Court has jurisdiction over the subject matter of the Action, and, for purposes of enforcing and administering the Settlements, this Court has jurisdiction over the parties to the Action, including members of the Settlement Classes.

3. Plaintiffs' Motion for Distribution of the Settlement Fund is GRANTED. Accordingly,

   a. The administrative determinations of Plaintiffs' Co-Lead Counsel and the Court approved Claims Administrator, Kroll Settlement Administration LLC ("Kroll"), to accept eligible claims, as set forth the Declaration of Justin R. Hughes in Support of Plaintiffs' Motion for Distribution of the Settlement Fund (the "Hughes Declaration"), are adopted;

   b. Kroll is directed to conduct the distribution of the Net Settlement Fund as set forth in Exhibit B to the Hughes Declaration;

   c. Checks that are not cashed within 90 days after issue date will become void;

    d.  Settlement Class Members are encouraged to cash their checks promptly and to avoid or reduce future expenses relating to unpaid checks. All checks shall note that checks become void, and the recovery forfeited if not cashed within 60 days of issuance;

    e.  Settlement Class Members who do not cash their checks within the time allotted will irrevocably forfeit all recovery from the Settlements absent an order of the Court; and

    f.  A reserve of ten percent (10%) of the amount of the Net Settlement Fund, after deducting the amount to be distributed to Authorized Claimants receiving the Alternative Minimum Payment, may be set aside to cover future estimated expenses, including taxes and any secondary distribution, related to the Settlements.

  4.  The Court hereby orders the payment of fees and expenses in the amount of $216,965.19 to Kroll for its administration of the claims process and the distribution of the Net Settlement Fund.

  5.  This Court retains jurisdiction to consider any further applications concerning the administration of the Settlements, and such other and further relief as the Court deems appropriate.

> The parties must file a status update on the distribution of settlement funds by **May 17, 2024**.

  IT IS SO ORDERED.

DATED: September 18, 2023

                _____
                HON. VALERIE E. CAPRONI
                UNITED STATES DISTRICT JUDGE